1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

CHRISTOPHER BOHN, CAMERON POND, and DESTINEE SANDERS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; FPI MANAGEMENT, INC.; MID-AMERICA APARTMENT COMMUNITIES, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; CAMDEN PROPERTY TRUST; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; B/T WASHINGTON, LLC d/b/a BLANTON TURNER; and INDEPENDENCE REALTY TRUST, INC.,

Defendants.

No. 2:22-cv-01743

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Christopher Bohn,

Cameron Pond, and Destinee Sanders (collectively, "Plaintiffs") and Defendants RealPage,

Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-

America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential,

Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC,

Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty

21

22

23

24

25

26

27

Trust, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 9, 2022.  ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about January 20, 23, 24, and 26, 2023 and February 6, 2023.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including:  *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*,

No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of February, 2023.

1
2

We certify that this memorandum contains 2,001 words, in compliance with the Local Civil Rules.

3

4   /s/ Steve W. Berman
    Steve W. Berman (WSB No. 12536)
5   steve@hbsslaw.com
    Breanna Van Engelen (WSB No. 49213)
6   breannav@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
7   1301 Second Avenue, Suite 2000
    Seattle, WA 98101
8   Telephone: (206) 623-7292

9
    Counsel for Plaintiffs Christopher Bohn,
10  Cameron Pond, and Destinee Sanders
    Individually and on Behalf of All Others
11  Similarly Situated

12  /s/ Michael M. Maddigan
    Michael M. Maddigan (pro hac vice
13  forthcoming)
    michael.maddigan@hoganlovells.com
14  Vassi Iliadis (pro hac vice forthcoming)
    vassi.iliadis@hoganlovells.com
15  HOGAN LOVELLS US LLP
    1999 Avenue of the Stars, Suite 1400
16  Los Angeles, CA 90067
    Telephone: (310) 785-4727
17

18  William L. Monts, III (pro hac vice
    forthcoming)
19  william.monts@hoganlovells.com
    Benjamin F. Holt (pro hac vice forthcoming)
20  benjamin.holt@hoganlovells.com
    HOGAN LOVELLS US LLP
21  555 Thirteenth Street, NW
    Washington, DC 20004
22  Telephone: (202) 637-6440
23

24  Counsel for Defendant Greystar Real Estate
    Partners, LLC
25

26  /s/ Gregory J. Casas
    Gregory J. Casas (pro hac vice forthcoming)
27

/s/ Heidi Bradley
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

Darin Sands (WSBA No. 35865)
dsands@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201

/s/ Stephen Weissman
Stephen Weissman (pro hac vice
forthcoming)
sweissman@gibsondunn.com
Michael J. Perry (pro hac vice forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Jay Srinivasan (pro hac vice forthcoming)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (pro hac vice
forthcoming)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Ben A. Sherwood (pro hac vice forthcoming)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*

*/s/ Britt M. Miller*
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

*/s/ Lynn H. Murray*
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK HARDY & BACON L.L.P.

*Counsel for Defendant RealPage, Inc.*

*/s/ Maren R. Norton*
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900

Charles H. Samel (*pro hac vice* forthcoming)
charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone: (415) 617-8900

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA  95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

*/s/ Carl W. Hittinger*
Carl W. Hittinger (*pro hac vice*)
chittinger@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

Curt Roy Hineline (WSBA No. 16317)
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01743

555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

Hunter K. Ahern (WSBA No. 54489)
hahern@shb.com
SHOOK HARDY & BACON L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600

*Counsel for Defendant Camden Property Trust*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe (WSBA No. 35477)
biv@montgomerypurdue.com
Kaya R. Lurie (WSBA No. 51419)
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ Barbara T. Sicalides
Barbara T. Sicalides (*pro hac vice* forthcoming)
barbara.sicalides@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Philadelphia, PA 19103
Telephone: (215) 981-4783

Kasia Hebda (*pro hac vice* forthcoming)
kasia.hebda@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308

*Counsel for Defendant Equity Residential*

/s/ Leo D. Caseria
Leo D. Caseria (*pro hac vice* forthcoming)
lcaseria@sheppardmullin.com
Helen C. Eckert (WSBA No. 52405)
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

/s/ Arman Oruc
Arman Oruc (*pro hac vice* forthcoming)
aoruc@goodwinlaw.com
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ J. Dino Vasquez
J. Dino Vasquez (WSBA No. 25533)
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 224-8023

*Counsel for Defendant Security Properties Inc.*

/s/ Danny David
Danny David (*pro hac vice* forthcoming)
danny.david@bakerbotts.com
BAKER BOTTS
910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01743
6

Telephone:  (404) 885-3665

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ Matt T. Adamson
Matt T. Adamson (WSBA No. 31731)
JAMESON PEPPLE CANTU PLLC
madamson@jpclaw.com
801 Second Avenue, Suite 700
Seattle, WA  98104
Telephone:  (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

BAKER BOTTS
700 K Street, N.W.
Washington, DC  20001-5692
Telephone:  (202) 639-7700

*Counsel for Defendant Avenue5 Residential, LLC*

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC, Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty Trust, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential, LLC, Equity Residential, Camden Property Trust, Essex Property Trust, Inc., Thrive Communities Management, LLC, Security Properties Inc., B/T Washington, LLC d/b/a Blanton Turner, and Independence Realty Trust, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 13th day of February, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge